STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN SEAMAN, DEFENDANT-PETITIONER.

See same case below: 10 *N. J. Super.* 439.

*Mr. Jacob J. Levey* and *Mr. Leo Rosenblum* for the petitioner.

*Mr. Francis V. C. Lloyd* and *Mr. Paul T. Huckin* for the respondent.

March 12, 1951.   Denied.

GERTRUDE E. McSTAY, ADMX., ETC., PLAINTIFF-RESPONDENT, v. EDWARD J. PRZYCHOCKI, DEFENDANT-PETITIONER.

See same case below: 9 *N. J. Super.* 365.

*Mr. David Green* and *Mr. Harry Green* for the petitioner.

*Messrs. Nugent & Rollenhagen* for the respondent.

March 12, 1951.   Granted.